IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE TRUITT, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA FAMILY COURT | : | NO. 15-5847 |
| PHILADELPHIA PARKING AUTHORITY | : | |

# ORDER

AND NOW, this 30th day of October, 2015, upon consideration of Plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in this Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.